IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 MAR 25 PM 2: 55

CLERK_____
SO. DIST. OF GA.

CHRISTOPHER JASON SHAW,                  )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )     CV 318-082
                                         )
DEPARTMENT OF CORRECTIONS;               )
WARDEN CALDWELL; GIBBONS, Deputy         )
Warden of Security; FRANKLIN, Deputy     )
Warden of Care and Treatment; CAPTAIN    )
DUDLEY; BILLY WICKER, Librarian;         )
MRS. WICKER, Business Office;            )
MS. IRWIN, Business Office;              )
MS. CARSWELL, Postal Clerk;              )
JOHN OR JANE DOE, Grievance              )
Coordinator; COUNSELOR WHITE;            )
JOHN AND JANE DOE, Counselors;           )
CERT OFFICER SCOTT; OFFICER              )
TAYLOR; COUNSELOR DUCKWORTH;             )
COUNSELOR BROWN; and OFFICER             )
BURTON,                                  )
                                         )
          Defendants.                    )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 25th day of March, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE